**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

**JAMES PHILOGENE-BEY,**

                     **Plaintiff,**

                  **MEMORANDUM AND ORDER**

             **-against-**            **17-CV-1486 (ENV)**

**NEW YORK CITY POLICE**
**COMMISSIONER JAMES P. O'NEILL, in his**
**individual and official capacity; et al.,**

                     **Defendants.**

-------------------------------------------------------------X

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

In response to this Court's *Valentin* order, the Office of Corporation Counsel has advised that the unidentified police officer named in plaintiff's Complaint is Police Officer Lara Cadogan, who may be served at the 122nd precinct at 2320 Hylan Blvd, Staten Island, NY 10306.  See Status Report (Nov. 9, 2020), Electronic Case Filing Docket Entry #74. Accordingly, the Complaint is deemed amended to substitute Police Officer Lara Cadogan for the unidentified officer.  The Clerk of Court is directed to amend the docket sheet accordingly and issue a summons for defendant Cadogan at the above address.

Plaintiff must serve the summons and complaint on defendant Cadogan by February 10, 2021.

      **SO ORDERED.**

Dated: Brooklyn, New York
       November 12, 2020

                           /s/    *Roanne L. Mann*
                              **ROANNE L. MANN**
                              **UNITED STATES MAGISTRATE JUDGE**